UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DANIEL ADAM TANCK,**

    **Plaintiff,**

v.                                                     Case No: 5:25-cv-300-WFJ-PRL

**SPEERLEY, PARRIGIN and NAYDA,**

    **Defendants.**

## ORDER

This cause is before the Court upon *sua sponte* review. The Court entered an Order dismissing Plaintiff's claims without prejudice for failing to state a claim and for failing to comply with Rules 8 and 10 of the Federal Rules of Civil Procedure. (Doc. 13). Plaintiff was permitted an opportunity to cure the deficiencies of his Amended Complaint by August 1, 2025, and was warned that his failure to fully comply would result in the dismissal of this action without further notice. (Doc. 13 at 8). Plaintiff submitted a non-compliant, five-page, handwritten letter. (Doc. 14).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk** is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** at Tampa, Florida on November 13, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Pro Se Party